**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Digna Tacuri Espinoza *INDIVIDUALLY AND ON*
*BEHALF OF OTHERS SIMILARLY SITUATED*

                  PLAINTIFF,

B & B Services Inc

                  DEFENDANTS

**OFFER OF JUDGMENT TO**
**PLAINTIFF PURSUANT TO RULE 68**
**OF THE FEDERAL RULES OF CIVIL**
**PROCEDURE**

TO:
**Stillman Legal PC**
Broadway, 12th Floor New York, New York 10004
P: 212-203-2417
LS@stillmanlegalpc.com

       Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants B & B Services

Inc. (collectively "Defendants") hereby offer to allow judgment to be taken against them by

DIGNA ESPINOZA ("Plaintiff") in the above-captioned action in the total sum of Twelve

Thousand Dollars and No Cents ($12,000.00), inclusive of attorneys' fees, costs, and expenses to

date of this offer, in full and final settlement of all of Plaintiff's claims against Defendants arising

out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

       This judgment shall be in full satisfaction of all federal and state law claims or rights that

Plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or

1

omissions of Defendants or any owner, employee, or agent, either past or present, of the Defendants, or in connection with the facts and circumstances that are the subject of this action.

This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by any of the Defendants, or any owner, employee, representative, or agent of any of the Defendants; nor is it an admission that Plaintiff has suffered any damages.

In order for Plaintiff to accept this offer, Plaintiff must serve written notice of acceptance upon Defendants within fourteen (14) days after service of this Offer of Judgment. An offer not accepted within the specified period for acceptance will be deemed withdrawn.

The sum total of Twelve Dollars and No Cents ($12,000) shall be paid as follows: Twelve Thousand Dollars and No Cents ($12,000) over (4) months. Defendant will pay ($3000) three thousand Dollars over four (4) months. First payment of ($3000) three thousand dollars to be paid within thirty (30) days of the Court entering judgment against Defendants. The Rest will be paid every (30) thirty days until paid in full. The Satisfaction of judgment will be filed until paid in Full.

If Defendants fail to make the payment outlined above, Plaintiff will notify Defendants' counsel of the default via email at **FORCINALAW@GMAIL.COM**

Defendants will then have seven (7) days from the transmission of the notice to cure the default. If Defendants fail to cure the default, Plaintiff will be entitled to enforce the judgment amount against Defendants, less any payments made.

Date:    August 29, 2023
          New York, New York

Elio Forcina
**ATTORNEY AT LAW**
66-85 73rd Place
**Middle Village, NY 11379**
Tel: (347) 528-7099
Fax: (347) 813-4985
FORCINALAW@GMAIL.COM