**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 08 2023 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
Digna Tacuri Espinoza *INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED*,

                Plaintiff,        JUDGMENT

    v.

                                 22-cv-05474-JRC

B & B Services Inc,

                Defendant.
-------------------------------------------------------------------X

On August 29, 2023 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED and ADJUDGED as follows:

That the Plaintiff, DIGNA ESPINOZA, has a judgment against B & B Services Inc, jointly and severally, in the amount of Twelve Thousand Dollars and No Cents ($12,000), which is inclusive of attorneys' fees and costs.

Dated: Brooklyn, New York                        Brenna B. Mahoney
       September 7, 2023                          Clerk of Court

                                               By:    */s/Jalitza Poveda*
                                                         Deputy Clerk